CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone:     (408) 535-5040
Facsimile:     (408) 535-5081
Email: michael.pitman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>VENKATESWARA KALLURI,<br><br>        Defendant. | Case No. 5:25-cr-00066-EJD<br><br>Filed: March 11, 2025<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RAGHAVA REDDY GHOSALA,<br><br>        Defendant. | Case No. 5:26-cr-00212-NW<br><br>Filed: May 5, 2026<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. The Information in *United States v. Venkateswara Kalluri*, Case 5:25-cr-00066-EJD, filed on March 11, 2025, charges Kalluri with conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349, and conspiracy to defraud the United

NOTICE OF RELATED CASE                                                    1

States in violation of 18 U.S.C. § 371.  Kalluri pleaded guilty on June 23, 2025.  The Information in *United States v. Raghava Reddy Ghosala*, Case No. 5:26-cr-00212-NW, filed on May 5, 2026, charges Ghosala with conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349, and conspiracy to defraud the United States in violation of 18 U.S.C. § 371.  The charging documents for both cases allege that both Defendants participated in conspiracy to commit wire fraud "[b]eginning on an unknown date but no later than in or about January 2018, and continuing through in or about January 2024."  Broadly speaking, it is alleged that the Defendants both participated in the same general conspiracy to commit wire fraud.  The charged conspiracies to defraud the United States do not overlap.  Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same people and the same events and occurrences.  Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges, especially with respect to sentencing.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

Pursuant to Local Criminal Rule 8-1(a), the undersigned has served this Notice on counsel for Kalluri and Ghosala via email.

DATED: May 5, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney